# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-3835
_____

C.W., the Father of C.P., C.W.,
S.W., and C.W., Each a Minor
Child,

     Appellant,

     v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

     Appellee.

_____

On appeal from the Circuit Court for Duval County.
Michael Kalil, Judge.

September 16, 2022

PER CURIAM.

     AFFIRMED.

KELSEY, WINOKUR, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Guy V. Murray of Guy Victor Murray, P.A., Jacksonville, and Kevin C. Colbert, Miami, for Appellant.

Stephanie C. Zimmerman, Deputy Director & Statewide Director of Appeals, Children's Legal Services, Bradenton, for Appellee; Sara E. Goldfarb, Statewide Director of Appeals, Appellate Division, Statewide Guardian ad Litem Office, Tallahassee, and Michael S. Roscoe of Woods Trial Law, Tampa, for Guardian ad Litem.